AO 245A  (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ DISTRICT OF _____ NEW YORK _____

UNITED STATES OF AMERICA

V.

GERALD M. HANNABURG

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  1:07-CR-23-01  RFT

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judicial Officer

Randolph F. Treece, U.S. Magistrate Judge
Name and Title of Judicial Officer

February 28, 2007
Date